## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**BEN WEISFELD**                                                                                       **PLAINTIFF**

**V.**                                                             **NO: 3:22CV265 M-P**

**RANCHO GRANDE**                                                             **DEFENDANT**
**OF MISSISSIPPI, LLC.**

### ORDER OF DISMISSAL

      Pursuant to the Stipulation of Dismissal [28] filed in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

      This the 29th day of November 2023.

                                                  /s/ Michael P. Mills
                                                  UNITED STATES DISTRICT JUDGE
                                                  NORTHERN DISTRICT OF MISSISSIPPI